UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60741-CIV-GAYLES/REID

ROSHAN RAMKHELAWAN,

        Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

        Respondent.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on the Report of Magistrate Judge (the "Report") [ECF No. 21]. Petitioner filed a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254, challenging the constitutionality of his judgment of conviction in the Seventeenth Judicial Circuit in and for Broward County, Florida [ECF No. 1]. The matter was referred to the Magistrate Judge for a ruling on all pre-trial non-dispositive matters and for a Report and Recommendation on any dispositive matters. [ECF No. 2]. Magistrate Judge Reid's Report recommends that the Court deny the Petition. Petitioner has timely objected to the Report. [28].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters,*

*L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court, having conducted a *de novo* review of the record, agrees with Judge Reid's well-reasoned analysis and conclusion that the Petition should be denied. Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Reid's Report [ECF No. 21] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) Petitioner's Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED**;

(3) No certificate of appealability shall issue; and

(4) This case shall be **CLOSED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of October, 2020.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE